# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-839-DCK

| | |
|---|---|
| DAVID JENKINS, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| HANGGLONG, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** regarding the status of this case and scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. See (Document No. 6).

The undersigned issued a "Case Management Order" (Document No. 8) on July 3, 2024. The "Case Management Order" includes the following deadlines: mediator designation – August 29, 2024; discovery completion – October 25, 2024; mediation report – November 8, 2024; and dispositive motions – November 22, 2024. (Document No. 8).

To date, the parties have not met any of the foregoing case deadlines, or made any other filing in this action. If the parties reach a settlement, they are required to file a Stipulation of Dismissal within thirty (30) days of reaching a settlement agreement. See (Document No. 8, p. 6).

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall file a Stipulation Of Dismissal and/or a Status Report on or before **January 29, 2025**.

**SO ORDERED**.

Signed: January 23, 2025

David C. Keesler
United States Magistrate Judge